■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN THOMPSON, Appellant. [730 NYS2d 236] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered June 2, 1998, convicting him of robbery in the first degree (three counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court erred in failing to give a missing witness charge is unpreserved for appellate review (*see,* 470.05 [2]). In any event, it is without merit, since the People demonstrated that the witness was not under their control (*see, People v Macana,* 84 NY2d 173, 177-178).

The defendant's sentence was not illegal or excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. Goldstein, J. P., Friedmann, McGinity and Adams, JJ., concur.